RECEIVED
MAR 13 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:13-cr-00315(5) |
| VERSUS | : | CHIEF JUDGE DRELL |
| RAUL PEREZ MENDOZA | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of any objection to the Report and Recommendation in the record;

**IT IS ORDERED** that the defendant's guilty plea be **ACCEPTED** and that the defendant be finally adjudged as guilty of the offense charged in Count One of the indictment.

**THUS DONE** this 13th day of MARCH, 2017.

_____
DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT